

PD-1142-15

PD-1142-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/17/2015 8:49:18 PM
Accepted 11/18/2015 9:16:03 AM
ABEL ACOSTA
CLERK

COA Case No. 05-14-00441-CR

## IN THE

## COURT OF CRIMINAL APPEALS OF TEXAS

## IN AUSTIN

| | |
|---|---|
| **CHRISTOPHER M. DUNLOP** | **PETITIONER** |
| **VS.** | |
| **THE STATE OF TEXAS** | **RESPONDENT** |

## Motion for Leave to File Untimely Petition of Discretionary Review

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Christopher M. Dunlop, Appellant and moves this Court to accept his untimely filed Petition for Discretionary review for good cause showing the following:

FILED IN
COURT OF CRIMINAL APPEALS

November 18, 2015

ABEL ACOSTA, CLERK

1. The Court of Appeals Fifth District of Texas at Dallas, cause No. 05-14-00441-CR entered a judgment of AFFIRMEND on July 31, 2015. The case, Styled as CHRISTOPHER M. DUNLOP, Appellant V. THE STATE OF TEXAS, Appellant was on appeal from the 296th Judicial District Court Collin County, Texas Trial No. 296-82462-2012.

The verdict of guilty issued by the lower court was entered on 3/18/2014.

The case from the trial court, Styled as STATE OF TEXAS vs. Christopher M. Dunlop and numbered 296-82462-2012.

3. Appellant filed a Motion to Extend time to file Petition for Discretionary Review on 9/1/2015 and was granted an extension with a due date of 10/30/2015.

4. Appellant timely submitted Petition for Discretionary Review, but Review was returned on 11/02/2015 so that appellant could make corrections that adhere to T.R.A.P rules 9.4(i)(3), 68.4(a), and 68.4(j) and was given a deadline of 11/12/2015.

5. Appellant diligently worked to submit the updated Petition for Discretionary Review by the 11/12/2015 deadline, but was not able to submit the updated review until 5:04 am on 11/13/2015. Five hours after the deadline.

6. Appellant was sent a notification on 11/13/2015 stating the petition was filed untimely.

7. Appellant relies on the following facts as good cause to accept this request as timely filed and has provided necessary documentation to support these facts.

   a.) Appellant was out of town visiting relatives from 11/8/2015 – 11/15/2015.

   b.) Appellant completed making the required modifications to the Petition for Discretionary Review by 9:00 p.m. on 11/12/2015.

   c.) At 9:00 p.m. appellant tried to log in to http://efile.txcourts.gov web site to upload his documents, but was unable to establish a connection to the web server.

   d.) Appellant notified hotel and was instructed to call their ISP's wireless service provider for assistance.

   e.) Appellant then called the hotels internet provider for assistance and was told they were aware of the issue and it would be resolved very soon.

   f.) Appellant tried every 30 minutes to submit his Petition for Discretionary Review until he was finally able to successfully submit it at 5:04 a.m.

   g.) Appellant has been able to obtain a copy of the receipt of the hotel on the night of 11/12/2015 and was able to get a statement from the general manager of the hotel stating their service provider had performed an upgrade which affected all of the hotel guests from 11/11/2015 thru 11/13/2015.

**h.)** Appellant has attached copies of his receipt of stay as well as the general

managers written statements and contact number for verification.


**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this

Motion for Leave to File Untimely Petition of Discretionary Review as Timely,

and for such other and further relief as the Court may deem appropriate.

Very respectfully submitted,

Chris Dunlop


Christopher M. Dunlop

Pro se PETITIONER
435 Merrimac court
Roselle, IL 60172
Tel: (214) 628-1729



To Whom It May Concern,

On the dates of November 11, 2015 – November 13, 2015 our hotel Red Roof Plus had issues with guest internet due to updates being done by our internet provider. Issues cause guest to have low speeds and loss of internet access. Issues have been resolved as of November 13, 2015. I apologize for the inconvenience we may have caused.

Thank you,

Quentin Lee

General Manager

Red Roof Plus Austin South #258

4701 South IH 35

Austin, Texas 78744

(512) 448-0091



Red Roof PLUS+ Austin South
4701 South I-35
Austin, TX 78744 US
Phone: 512-448-0091
Fax: 512-448-0272
Email: i0258@redroof.com
Printed: 11/13/2015 4:50:45 PM

# Folio (Detailed)

| | |
|---|---|
| Name: | DUNLOP, CHRIS |

Confirmation Number: 258-027085

Address: 19901 lakeview way
Mokena, IL 60448 US

| | | | |
|---|---|---|---|
| Room: | 303 | Room Type: | NP1KM, NON-SMOKING SUPERIOR 1 KING BED MICRO- |
| Nights: | 1 | Guests: 2/0 | |
| Rate Plan: | BAR | Daily Rate: $55.24 + $8.28 Tax | GTD: 900 - CASH |
| Arrival: | 11/12/2015 (Thu) | Departure: 11/13/2015 (Fri) | |

Room Rate:

11/12/2015 (Thu) - 11/12/2015 (Thu) $55.24 + $8.28 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 11/12/2015 | 913 | VISA (5157) | ($65.25) | ($65.25) |
| 11/12/2015 | 100 | ROOM CHARGES | $55.24 | ($10.01) |
| 11/12/2015 | 150 | STATE TAX | $3.31 | ($6.70) |
| 11/12/2015 | 152 | CITY TAX | $4.97 | ($1.73) |
| 11/12/2015 | 624 | SAFE WITH LIMITED WARRANTY | $1.50 | ($0.23) |
| 11/12/2015 | 150 | STATE TAX | $0.09 | ($0.14) |
| 11/12/2015 | 152 | CITY TAX | $0.14 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $55.24 | $8.51 | $0.00 | $1.50 | ($65.25) | $0.00 | $0.00 |